UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE LUBRIZOL CORPORATION,

                  Plaintiff,

-v-

STARR INDEMNITY & LIABILITY COMPANY,

                  Defendant.

21-CV-5318 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiffs have the Court's leave to file their third amended complaint. The Court previously granted the parties' consent order to allow Plaintiffs to file this third amended complaint. (Dkt. No. 53.)

    SO ORDERED.

Dated: August 24, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge